

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PEGGY PIERCE, | § | No. 08-23-00242-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| JEFF KESTER, ROYALTY SUPPLY, INC., and ROYALTY WELL SERVICE, INC., | § | of Ward County, Texas |
| | § | (TC# 22-04-25995-CVW) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss the appeal, which indicates the parties have settled their dispute in the underlying litigation, and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order each party to bear their own costs of this appeal pursuant to their agreement and joint motion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JANUARY 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.